FILED IN CHAMBERS
U.S.D.C. - Atlanta

SEP 28 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA,

vs.

SUMMONS IN A CRIMINAL CASE

JOHN HOLLAND
3610 Edgewater Street
Dallas, Texas 75205

CASE NO.: 1:17-CR-234-AT-CMS

**YOU ARE HEREBY SUMMONED** to appear before the United States District Court at the place, date and time set forth below.

| | |
|---|---|
| **PLACE:** | U.S. Courthouse<br>Richard B. Russell Building<br>**18th Floor, Room 1879**<br>75 Ted Turner Drive, S.W.<br>Atlanta, Georgia 30303-3361 |
| **BEFORE:** | Honorable Alan J. Baverman<br>United States Magistrate Judge |
| **DATE AND TIME:** | **October 13, 2017**<br>**10:00 a.m.** |

To answer a(n)

X SSIndictment ☐ Information ☐ Complaint ☐ Violation Notice ☐ Probation Violation Petition

Charging you with a violation of **Title 18, United States Code, Section(s) 371**

| | |
|---|---|
| Brief description of the offense: | Conspiracy to Defraud the United States |
| AUSA: | Sally Molloy |
| Counsel for Defendant: | Jamila M. Hall |

September 28, 2017

JAMES N. HATTEN
CLERK OF COURT

By: _____
Deputy Clerk